IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID IKE THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COBB COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:20-CV-869-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 52] of the Magistrate Judge recommending denying the Plaintiff's Motion for Summary Judgment [Doc. 35] and granting the Defendant's Motion for Summary Judgment [Doc. 42 & 45]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Summary Judgment [Doc. 35] is DENIED. The Defendant's Motion for Summary Judgment [Doc. 42 & 45] is GRANTED.

SO ORDERED, this 28 day of May, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\20\THORNTON\20CV869\R&R2.DOCX